# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **MACROPOINT, LLC** | |
| *Plaintiff* | |
| *v.* | Case No.: 6:16-cv-01133 |
| **RUIZ FOOD PRODUCTS, INC.** | |
| *Defendant.* | **NOTICE OF APPEARANCE** |

Please take notice that the undersigned represents Plaintiff MacroPoint, LLC in the captioned matter.

Respectfully submitted,

*/s/Wayne M. Serra*
Wayne M. Serra (OH0074780)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio  44114-1219
Phone:  (216) 566-5874
Fax:  (216) 566-5800
Wayne.Serra@ThompsonHine.com

*Attorney for Plaintiff MacroPoint, LLC*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2016 the foregoing Notice of Appearance was filed electronically with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

*/s/Wayne M. Serra*
Wayne M. Serra
***Attorney for Plaintiff***