**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MACROPOINT, LLC** *Plaintiff* v. **RUIZ FOOD PRODUCTS, INC.** *Defendant*. | Civil Action No.: 6:16-cv-1133 **JURY TRIAL DEMANDED** |

**NOTICE OF READINESS FOR STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Macropoint, LLC., and files this its notice of readiness for status conference, and in support thereof would show the Court the following:

**I.**

All parties have appeared and answered. There are no related cases in the Eastern District of Texas involving the patents-in-suit. The patents-in-suit are 9,429,659 B1 and 8,275,358 B1. There is a Motion to Dismiss for Insufficient Service of Process pending in this matter (Dkt. No. 10).

In light of the above, Plaintiff asks that the Court set this case for status conference so that its claims can proceed.

Respectfully submitted,

_/s/ Michael C. Smith_
Michael C. Smith (TX #18650410)
**SIEBMAN, BURG, PHILLIPS & SMITH, LLP**
113 East Austin Street
P.O. Box 1556
Marshall, TX 75671
Telephone: (903) 938-8900
Facsimile: (972) 767-4620
michaelsmith@siebman.com

Arthur P. Licygiewicz (OH #0068458)
Wayne M. Serra (OH #0074780)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Telephone:  (216) 566-5500
Facsimile:  (216) 566-5800
Art.Licygiewicz@thompsonhine.com
Wayne.Serra@thompsonhine.com

*Attorneys for Plaintiff MacroPoint, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 11th day of November, 2016.

_/s/ Michael C. Smith_
MICHAEL C. SMITH