**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| MACROPOINT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 6:16-cv-1133-RWS-KNM |
| ) | |
| RUIZ FOOD PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING AGREED MOTION TO WITHDRAW
RUIZ FOOD PRODUCTS INC.'S MOTION TO DISMISS
FOR INSUFFICIENT SERVICE OF PROCESS**

Before the Court is the parties' Agreed Motion to Withdraw Ruiz Food Products Inc.'s Motion to Dismiss for Insufficient Service of Process. After careful consideration, the Court concludes that the Motion should be **GRANTED**. It is therefore

**ORDERED** that Defendant Ruiz Food Products Inc.'s Motion to Dismiss for Insufficient Service of Process [Doc. No. 10] is **WITHDRAWN** and Defendant shall have until **January 4, 2017** to respond to Plaintiff's Complaint.

So ORDERED and SIGNED this 2nd day of December, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE