**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| MACROPOINT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No: 6:16-cv-1133-RWS-KNM |
| | ) | |
| RUIZ FOOD PRODUCTS, INC., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Ruiz Food Products, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: January 4, 2017

Gary E. Hood, Lead Counsel
Illinois Bar No. 6281580
ghood@polsinelli.com
Adam S. Weiss
Illinois Bar No. 6256842
aweiss@polsinelli.com
Mark Deming
Illinois Bar No. 6299631
mdeming@polsinelli.com
POLSINELLI PC
161 N. Clark Street, Suite 4200
Chicago, IL 60601
Telephone: 312-819-1900
Facsimile: 312-819-1910

Respectfully submitted,

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.
Texas Bar No. 00785097
glennthames@potterminton.com
POTTER MINTON
A PROFESSIONAL CORPORATION
110 N. College Avenue, Suite 500
Tyler, TX 75702
Telephone: 903-597-8311
Facsimile: 903-593-0846


*Attorneys for Defendant
Ruiz Food Products, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 4, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by U.S. first class mail.

*/s/ E. Glenn Thames, Jr.*
E. Glenn Thames, Jr.